1  James A. McDevitt
  United States Attorney
2  Eastern District of Washington
  Earl A. Hicks
3  Assistant United States Attorney
  Post Office Box 1494
4  Spokane, WA 99210-1494
  Telephone: (509) 353-2767

5

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 4 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

6  UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF WASHINGTON

7

8  UNITED STATES OF AMERICA,    )    **CR-10-114-WFN**

9          Plaintiff,    )    INDICTMENT

10 vs.    )    Vio:  18 U.S.C. § 922(g)(1) and
             )    924

11 WAYDE LYNN KURT,    )
             )    Felon in Possession of a
        Defendant.  )    Firearm

12

13     The Grand Jury Charges:

14

15                        COUNT 1

16

17     On or about August 21, 2010, in the Eastern District of Washington,

18 WAYDE LYNN KURT having previously been convicted of a crime punishable

19 by imprisonment for a term exceeding one year, did knowingly possess in and

20 affecting commerce firearms, to wit: a SIG Sauer P226 9mm handgun, serial

21 number U819541; a Next Generation AR-15 semiautomatic rifle model 556, serial

22 number 2009-0194, barrel serial number 370019; and a WASR10, AK-47 Varient

23 semiautomatic rifle, serial number HP-1962-77, which firearms had theretofore

24 ///

25 ///

26 ///

27 ///

28 ///

INDICTMENT - 1
P00819LC.EHC.wpd

1   been transported in interstate and foreign commerce; all in violation of 18 U.S.C.

2   §§ 922(g)(1) and 924.

3     DATED this _____ day of August, 2010.

4               A TRUE BILL

5

6

7   James A. McDevitt

 United States Attorney            8/24/10

8

9

10  Earl A. Hicks
 Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT - 2

P00819LC.EHC.wpd