## PENALTY SLIP

DEFENDANT NAME: **WAYDE LYNN KURT**

TOTAL NO. COUNTS:    1

VIO: **18 U.S.C. § 922(g)(1) and 924**
**Felon in Possession of Firearms and Ammunition (Count 1)**

PENALTY: **CAG not more than 10 years;**
**and/or $250,000 fine;**
**3 years supervised release;**
**a $100 special penalty assessment**

CASE NO. **CR-10-114-WFN-1**

AUSA INITIAL _Eah_

P00819LC.EHK.wpd