James A. McDevitt  
United States Attorney  
Eastern District of Washington  
Earl A. Hicks  
Assistant United States Attorney  
Post Office Box 1494  
Spokane, WA 99210-1494  
Telephone: (509) 353-2767  

UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON  

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 10-CR-00114-WFN |
| vs. | ) | |
| | ) | Notice Of Intent To Withhold Discovery |
| WAYDE LYNN KURT, | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by and through James A. McDevitt, United States Attorney for the Eastern District of Washington, and Earl A. Hicks, Assistant United States Attorney for the Eastern District of Washington, submit the following Notice of Intent to Withhold Discovery.

The above-named Defendant was indicted on August 24, 2010. The United States advises the Court and defense that it will not release discovery documents in this case per the standing discovery order in the Eastern District of Washington.

DATED this 8th day of September, 2010.

                                    James A. McDevitt  
                                    United States Attorney

                                    s/Earl A. Hicks

                                    Earl A. Hicks  
                                    Assistant United States Attorney

I hereby certify that on September 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send

1  notification of such filing to the following, and/or I hereby certify that I have
2  mailed by United States Postal Service the document to the following non-
3  CM/ECF participant(s):

        Peter S. Schweda
        Attorney at Law
        2206 North Pines Road
        Spokane, WA 99206

                                      s/Earl A. Hicks

                                      Earl A. Hicks
                                      Assistant United States Attorney

Notice Of Intent To Withhold Discovery - 2
P00831LC.EHT.wpd