Michael C. Ormsby
United States Attorney
Eastern District of Washington
Earl A. Hicks
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 16 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,            )
                                     )    10-CR-00114-WFN
          Plaintiff,                 )    SUPERSEDING INDICTMENT
                                     )
     vs.                             )    Vio: 18 U.S.C. § 922(g)(1) and
                                     )         924
WAYDE LYNN KURT,                     )
                                     )    Felon in Possession of a
          Defendant.                 )    Firearm

The Grand Jury Charges:

COUNT 1

On or about August 21, 2010, in the Eastern District of Washington, WAYDE LYNN KURT having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce firearms, to wit: a Sig Sauer model P226, 9mm caliber pistol, serial number U819541; a Next Generation Arms, model MP168SPC, 5.56 caliber rifle, serial number 2009-0194; and a Romarn/Cugir model GP WASR 10/63 UF 7.62 caliber rifle, serial number HP-1962-77, which firearms had theretofore been transported in interstate and foreign commerce; all in violation of

///

///

///

SUPERSEDING INDICTMENT - 1
P01115lc.EHF.wpd

1  18 U.S.C. §§ 922(g)(1) and 924.
2      DATED this 16th day of November, 2010.
3                                              A TRUE BILL
4
5  *Thomas O. Rice, FAUSA*
6  Michael C. Ormsby
   United States Attorney
7
8  *Earl A. Hicks*
   Earl A. Hicks
9  Assistant United States Attorney
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPERSEDING INDICTMENT - 2
P01115lc.EHF.wpd