```
 1  Michael C. Ormsby
    United States Attorney
 2  Eastern District of Washington
    Earl A. Hicks
 3  Stephanie Van Marter
    Assistant United States Attorney
 4  Post Office Box 1494
    Spokane, WA 99210-1494
 5  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 5 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

WAYDE LYNN KURT,

      Defendant.

10-CR-00114-WFN

SECOND SUPERSEDING INDICTMENT

Vio: 18 U.S.C. §§ 922(g)(1) and 924

Felon in Possession of a Firearm

The Grand Jury Charges:

## COUNT 1

On or about August 21, 2010, in the Eastern District of Washington, WAYDE LYNN KURT having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess firearms, to wit: a SIG Sauer P226 9mm handgun, serial number U819541; a Next Generation AR-15 semiautomatic rifle model 556, serial number 2009-0194, barrel serial number 370019; a WASR10, AK-47 Varient semiautomatic rifle, serial number HP-1962-77; Saiga 7.62 Rifle; and .38 Revolver, which

//
//
//

SECOND SUPERSEDING INDICTMENT - 1
08-23-11 Kurt Second Superseding Indictment.wpd

1  firearms had theretofore been transported in interstate and foreign commerce; all
2  in violation of 18 U.S.C. §§ 922(g)(1) and 924.
3      DATED this 23RD day of August, 2011.
4                                           A TRUE BILL
5
6
7
8  Michael C. Ormsby
9  United States Attorney
10
11  Earl A. Hicks
    Assistant United States Attorney
12
13
14  Stephanie Van Marter
    Assistant United States Attorney
15

SECOND SUPERSEDING INDICTMENT - 2
08-23-11 Kurt Second Superseding Indictment.wpd