Richard D. Wall, P.S.
Attorney at Law
221 W. Main Avenue, Suite 200
Spokane, WA  99201
(509) 747-5646

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WAYDE LYNN KURT,<br><br>    Defendant. | Case No.:  CR-10-0114-WFN<br><br>DEFENDANT'S LIST OF WITNESSES FOR TRIAL |

Defendant Wayde Kurt, by and through his attorney of record, Richard D. Wall, submits the following list of witnesses who may be called to testify at trial as part of defendant's case-in-chief:

ANTHONY JOHNSON

MELONIE HOWELS

LANCE POUNDER

DEFENDANT'S LIST OF WITNESSES FOR TRIAL    - 1 -    Richard D. Wall
Attorney at Law
221 W. Main Ave., Suite 200
Spokane, WA  99201
(509) 747-5646

Dated this 12th day of October, 2011.

        s/ Richard D. Wall, WSBA #16581
Attorney for Defendant
Richard D. Wall, P.S.
423 W. First Avenue, Suite #250
Spokane, WA 99201
Telephone: (509) 747-5646
Fax: (509) 747-5692
E-mail: rdwallps@comcast.net

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2011, I electronically field the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Earl Hicks and Stephanie Van Marter, Assistant United States Attorneys.

        s/ Richard D. Wall, WSBA #16581
        Attorney for Defendant
        Richard D. Wall, P.S.
        221 W. Main Avenue, Suite 200
        Spokane, WA 99201
        Telephone: (509) 747-5646
        Fax: (509) 747-5692
        E-mail: rdwallps@comcast.net