Richard D. Wall, P.S.
Attorney at Law
221 W. Main Avenue, Suite 200
Spokane, WA  99201
(509) 747-5646

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WAYDE LYNN KURT,<br><br>　　　　Defendant. | ) Case No.:  CR-10-0114-WFN<br>)<br>)<br>) DEFENDANT'S LIST OF EXHIBITS<br>) FOR TRIAL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant Wayde Kurt, by and through his attorney of record, Richard D. Wall, submits the following list of exhibits that may be offered at trial as part of defendant's case- in-chief:

| Exhibit # | Description |
|---|---|
| 101 | Envelope addressed to Wayde Kurt from David Oddman postmarked May 4, 2010. |
| 102 | Handwritten letter to "Wayde" signed by "Dave." |

| | | |
|---|---|---|
| 1 | 103 | Handwritten note from "Davey" |
| 2 | | |
| 3 | 104 | Envelope addressed to 7115 N. Division St. from Dave Oddman postmarked August 23, 2010. |
| 4 | | |
| 5 | 105 | Handwritten letter – not signed. |
| 6 | 106 | Photos of A. Johnson (7) |
| 7 | | |
| 8 | 107 | Excerpts from "The Brigade" by H. Covington. |
| 9 | 108 | Excerpts from "The Turner Diaries" by A. McDonald. |

Dated this 12th day of October, 2011.

                       s/ Richard D. Wall, WSBA #16581
                       Attorney for Defendant
                       Richard D. Wall, P.S.
                       423 W. First Avenue, Suite #250
                       Spokane, WA 99201
                       Telephone: (509) 747-5646
                       Fax: (509) 747-5692
                       E-mail: rdwallps@comcast.net

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of October 2011, I electronically field the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Earl Hicks and Stephanie Van Marter, Assistant United States Attorneys.

                s/ Richard D. Wall, WSBA #16581
                Attorney for Defendant
                Richard D. Wall, P.S.
                221 W. Main Avenue, Suite 200
                Spokane, WA 99201
                Telephone: (509) 747-5646
                Fax: (509) 747-5692
                E-mail: rdwallps@comcast.net

DEFENDANT'S LIST OF EXHIBITS FOR TRIAL    - 3 –

Richard D. Wall
Attorney at Law
221 W. Main Ave., Suite 200
Spokane, WA 99201
(509) 747-5646