Michael C. Ormsby
United States Attorney
Eastern District of Washington
Earl A. Hicks
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 10-CR-00114-WFN |
| vs. | United States' Proposed Witness List |
| WAYDE LYNN KURT, | |
| Defendant. | |

Plaintiff, United States of America, by and through Michael C. Ormsby, United States Attorney for the Eastern District of Washington, Stephanie Van Marter and Earl A. Hicks, Assistant United States Attorneys for the Eastern District of Washington, submit the following Witness List.

1. Joseph Cleary, Special Agent, Federal Bureau of Investigation, and Joint Terrorism Task Force, Spokane, WA;

2. Detective James C. Collins, Spokane Police Department, and Joint Terrorism Task Force, Federal Bureau of Investigation, Spokane, WA;

3. Special Agent Michael Northcutt, Bureau of Alcohol, Tobacco, Firearms and Explosives, Spokane, WA;

4. Special Agent Mark Dean, United States Border Protection, and Joint Terrorism Task Force, Spokane, WA;

United States' Proposed Witness List - 1
P11013lc.EHH.wpd

5. David Udseth, Spokane, WA;

6. Special Agent Rick Watson, Federal Air Marshal, and Joint Terrorism Task Force, Spokane, WA;

7. Special Agent Ryan Butler, Federal Bureau of Investigation, and Joint Terrorism Task Force, Spokane, WA;

8. Special Agent Katherine McLaughlin, Federal Bureau of Investigation, Spokane, WA; and

9. Brad Linn, Spokane, WA.

DATED this 13th day of October-, 2011.

Michael C. Ormsby
United States Attorney

s/ Earl A. Hicks

Earl A. Hicks
Assistant United States Attorney

I hereby certify that on October 13, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

    Richard D. Wall
    Attorney at Law
    221 West Main Avenue, Suite 200
    Spokane, WA 99201

    Michael C. Ormsby
    United States Attorney

    s/ Earl A. Hicks

    Earl A. Hicks
    Assistant United States Attorney

United States' Proposed Witness List - 3
P11013lc.EHH.wpd