Michael C. Ormsby
United States Attorney
Eastern District of Washington
Earl A. Hicks
Stephanie Van Marter
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 10-CR-00114-WFN |
| vs. | ) | |
| | ) | United States' Supplemental |
| WAYDE LYNN KURT, | ) | Voir Dire Questions To |
| | ) | Prospective Jurors Proposed |
| Defendant. | ) | By Plaintiff |
| | ) | |

The United States filed its proposed Vior Dire on September 6, 2011.  As the Court is aware, the Defendant and the Confidential Human Source (CHS) utilized in this case, are white supremacists.  The United States did not initially include proposed voir dire questions as to that issue, however, submits that based upon the Defendants recent trial filings, it is clear that their defense will be focusing a great deal on the Defendant's association and belief in White Supremacy.  As a result, the United States believes that these additional questions should be asked of the  proposed jury.

1.    You will hear that Mr. Kurt and a witness or witnesses are members of White Supremacy Groups and that they follow those beliefs.  Will you be able to listen to and judge the evidence fairly and impartially knowing the accused and/or witnesses are white supremacists?

2.    Have you, any member of your family or anyone close to you, been a member of or held the beliefs of the white supremacist movement?

Supplemental Voir Dire Questions To Prospective Jurors Proposed By Plaintiff - 1

P11014LC.EHA.wpd

3.      Have you, any member of your family or anyone close to you, been the victim of a hate crime motivated by your race or religion?

4.      Have you, any member of your family or anyone close to you, been charged or convicted of any crime which was motivated by race ir religion?

5.      Have you, any member or your family or anyone close to you, conducted any research or studied the white supremacist movement?

DATED October 14, 2011.

Michael C. Ormsby
United States Attorney


s/ Earl A. Hicks

Earl A. Hicks
Assistant United States Attorney

I hereby certify that on October 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):


Richard D. Wall
Attorney at Law
221 West Main Avenue, Suite 200
Spokane, WA 99201


s/ Earl A. Hicks

Earl A. Hicks
Assistant United States Attorney

Supplemental Voir Dire Questions To Prospective Jurors Proposed By Plaintiff - 2
P11014LC.EHA.wpd