ORIGINAL
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 21 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-10-0114-WFN-1 |
| Plaintiff, ) | |
| -vs- ) | |
| WAYDE LYNN KURT, ) | **VERDICT** |
| Defendant. ) | |

WE, THE JURY in the above-captioned case, find the Defendant, **WAYDE LYNN KURT**

| Question No. | NOT GUILTY / GUILTY | CHARGE |
|---|---|---|
| 1 | guilty | Of the offense of being a felon in possession of a firearm as charged in the Indictment |
| | If you answered "NOT GUILTY" to Question No. 1, please proceed to date and sign this Verdict form. However, if you answered "GUILTY," please proceed to answer Question No. 2. | |
| 2 | We, the jury, having found **WAYDE LYNN KURT** guilty of the offense charged in the Indictment, further find beyond a reasonable doubt that the firearm possessed by the Defendant was:<br><br>(Mark all that apply)<br><br>__X__ • A SIG Sauer P226 9mm handgun, serial number U819541<br><br>__X__ • A Next Generation AR-15 semiautomatic rifle model 556, serial number 2009-0194, barrel serial number 370019<br><br>__X__ • A WASR10, AK-47 Varient semiautomatic rifle, serial number HP-1962-77<br><br>__X__ • A Saiga 7.62 Rifle<br><br>__X__ • A .38 Revolver | |

VERDICT - 1

**DATED** this 21st day of October, 2011.

_____
PRESIDING JUROR

VERDICT - 2